UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/28/2022
```

DRIP CAPITAL, INC.,

        Petitioner,

-against-

M/S. GOODWILL APPARELS.,

        Respondent.

22-cv-2806 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    Petitioner Drip Capital Inc. filed this petition seeking confirmation of a foreign arbitration award (the "Award"). ECF No. 1. Respondent M/s. Goodwill Apparels is a partnership organized under the laws of India. On October 13, 2022, the Court issued an Order to Show Cause, directing Respondent to show cause why the petition should not be deemed as unopposed. ECF No. 25. On October 28, 2022, Respondent filed a letter responding to the Court's Order, ECF No. 27. On November 29, 2022, Petitioner filed a letter replying to Respondent's submission. ECF No. 28.

    In Respondent's submission, Respondent requested that the Court "grant time to make appearance through the Attorney and submit . . . detailed counter submissions . . . ." ECF No. 27. Respondent is hereby **ORDERED** to file its opposition to the petition on or by **January 12, 2023**.

    Petitioner is hereby **ORDERED** to serve this order on Respondent via email and first class mail and file proof of service by **December 30, 2022.**

**SO ORDERED.**

Dated:    **December 28, 2022**
          **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**