```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DRIP CAPITAL, INC.,**

                Petitioner,

-against-

**M/S. GOODWILL APPARELS.,**

                Respondent.

**22-cv-2806 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Respondents' submission filed January 12, 2023 in response to the Court's previous Order. *See* ECF Nos. 29, 31. Petitioner is directed to reply to Respondents' opposition on or by **January 27, 2023.**

**SO ORDERED.**

Dated:     **January 12, 2023**
             **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**