**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRIP CAPITAL, INC.,

                                Petitioner,

           -against-

M/S. GOODWILL APPARELS,

                                Respondent.

22-cv-2806 (ALC)

JUDGMENT

      Petitioner Drip Capital, Inc. ("Petitioner") seeks to confirm an arbitration award obtained against Respondent M/s. Goodwill Apparels ("Respondent"), and the matter having been brought before the Honorable Andrew L. Carter, Jr., and the Court, on March 30, 2023, having issued its Opinion and Order granting Petitioner's request to confirm the arbitration award (Dkt. No. 35); it is

      ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Memorandum Opinion and Order, dated March 30, 2023 (Dkt. No. 35), Petitioner's request to confirm the arbitration award is granted, and judgment is entered in favor of Petitioner and against Respondent in the amount of $331,916.85 as of the date of the Petition, April 5, 2022, plus a daily interest rate of $64.77, equal to $23,576.28 as of April 4, 2023, the date of the submission of this Judgment as a proposed judgment by petitioner, plus costs and disbursements of this action in the amount of the case filing fee of $402, amounting in all to $355,895.13 as of

April 4, 2023, plus a daily interest rate of $64.77 thereafter.

DATED: New York, New York
April 5, 2023

_____
United States District Judge

**The Clerk of the Court is respectfully directed to terminate this case.**