USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DRIP CAPITAL, INC.,**

        Petitioner,

-against-

**M/S. GOODWIL APPARELS,**

        Respondent.

**22-cv-02806 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Petitioner's motion for attorney's fees. ECF No. 38. Respondent is directed to respond to Petitioner's motion on or by **October 6, 2023**. Petitioner's reply, if any, is due **October 12, 2023**. If Respondent fails to respond, the motion will be deemed unopposed.

Petitioner is hereby **ORDERED** to serve this order on Respondent via first class mail and email and file proof of service by **October 3, 2023**.

**SO ORDERED.**

Dated:    **October 2, 2023**
             **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**